# CRIMINAL MINUTES

DATE: Septebmer 17, 2007  JUDGE: Alexander Williams, Jr.
TIME: 12:15/1:00 p.m. - 3:05/3:10 p.m.  REPORTER/FTR/CTRM: Gloria Williams
AUSA: M. Sartori/E. Glatfelter  CRD: Harriet Spence
DFT'S ATTY: K. Ravenell/R. Finci  AGENT/INTERPRETER: William McDermott (FBI)
UNITED STATES OF AMERICA v. MICHAEL MALLOY

[X] Released on Conditions/PR  [ ] Detained/Remanded to USMS

CRIMINAL NO. AW-06-0574  NO. OF COUNTS: 1

| | | | |
|---|---|---|---|
| [ ] | Initial Appearance | [ ] | Indictment |
| [x] | Arraignment | [ ] | Superseding Indictment |
| [ ] | Rearraignment | [ ] | Information |
| [ ] | Sentencing | [x] | Superseding Information |
| [ ] | Sentencing Hearing | [ ] | Motions Hearing |
| [ ] | Violation of Probation | [ ] | Pretrial Conference |
| [ ] | Violation of Supervised Release | [ ] | WAIVER |
| [ ] | Detention Hearing | [ ] | Other |
| [ ] | Appeal of Magistrate Judge's Decision | [ ] | See Attached for List of Witnesses |

Defendant arraigned and plead "NOT GUILTY" as to Count(s) _____

Defendant arraigned/rearraigned and plead GUILTY as to Count(s) 1s ,

NOT GUILTY as to Count(s) _____ which was/were accepted by the Court.

[ ] Defendant found not to be in violation of probation/supervised release.

Sentencing Date: _____

Remarks: Arraignment/Plea held "SUB CURIE" until 3:00 p.m., for the reasons stated on the record. Oral motion of defendant to withdrawing his plea - "GRANTED". Jury Trial scheduled for Tuesday, September 18, 2007 at 10:00 a.m., for the reasons stated on the record. Oral motion Government to Dismiss the Superseding Information [paper no. 30] - "GRANTED".

Oral Motion of AUSA in open court to DISMISS Counts _____ which was accepted by the Court.

[ ] Defendant advised of Right of Appeal.
[X] Imposition of Sentence Suspended pending PSI.
[ ] _____ Days for Motions. Motion to be filed by _____
[ ] Trial-Bench/Jury _____ day(s). Trial week of _____
[ ] Pretrial Officer _____  [X] Probation Officer Manisha Garner

[X] Minute entries docketed.