# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL MALLOY,<br><br>Defendant. | Civil Action No. 8:06-cr-00574-AW |

## ORDER

Pro se Defendant Michael Malloy (Malloy) is currently incarcerated. Malloy has filed a Motion for the Return of Personal Property (Motion for Return). Doc. No. 92. On August 1, 2006, FBI agents executed a search warrant at Malloy's residence and recovered various items, some of which are contraband. On March 29, 2013, the United States filed a Response to Defendant's Motion for Return of Personal Property (Response). Doc. No. 95. The United States asserts that Malloy's Motion for Return is vague and overbroad and generally asks the Court to order Malloy to clarify the items whose return he seeks. Although Malloy has filed correspondence requesting a status update regarding his Motion for Return, he failed to file a reply brief.

Accordingly, for good cause shown, IT IS this **30th day of July, 2013**, by the U.S. District Court for the District of Maryland, hereby **ORDERED**:

1. That the Court **HOLDS IN ABEYANCE** Plaintiff's Motion for Return (Doc. No. 92). Consequently, within **fourteen days** of the entry of this Order, the Court orders Plaintiff to: (1) to specify which items he wishes to have returned that are not contraband, (2) to make at least the minimal legally required threshold showing of entitlement to those items he wishes to have returned, (3) to confirm whether or not he will accept electronic media completely wiped clean of all data, and (4) to identify a third-party custodian that will be available to collect any items that can be returned if Malloy cannot collect the items himself within a reasonable time as determined;

2. That the Clerk **TERMINATE** Doc. No. 92;

3. That the Clerk transmit a copy of this Order to all counsel of record and mail a copy to pro se Defendant.

|  July  30, 2013 | /s/ |
| :---: | :---: |
| Date | Alexander Williams, Jr.<br>United States District Judge |